Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 25 2019
AT____ O'CLOCK____
John M. Domurad, Clerk - Albany

# UNITED STATES DISTRICT COURT
for the
Northern District of New York
_____ Division

| | |
|---|---|
| Otto D. Miller | ) Case No. 1:19-CV-105 DNH/CFH |
| | ) (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | ) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) Jury Trial: (check one) ☑ Yes ☐ No |
| -v- | ) |
| University Of Maryland Baltimore County (UMBC) | ) |
| *Defendant(s)* | ) |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) |

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Otto D. Miller |
   | Street Address | 9 Sherwood Dr |
   | City and County | Queensbury  Warren County |
   | State and Zip Code | NY  12804 |
   | Telephone Number | 518-745-4097 |
   | E-mail Address | cscorch@gmail.com |

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
    Name: University of Maryland Baltimore County (UMBC)
    Job or Title *(if known)*:
    Street Address: 1000 Hilltop Circle
    City and County: Baltimore  Baltimore County
    State and Zip Code: Maryland 21250
    Telephone Number: (410) 455-2870
    E-mail Address *(if known)*:

Defendant No. 2
    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 3
    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 4
    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* Otto D. Miller , is a citizen of the State of *(name)* New York .

    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    
    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b. If the defendant is a corporation

The defendant, *(name)* University of Maryland Baltimore County, is incorporated under the laws of the State of *(name)* Maryland, and has its principal place of business in the State of *(name)* Maryland.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff incurred a severed spinal cord The complaint includes estimated costs over a lifetime of expenses incurred, due to a spinal cord injury, which studies by the National SCI Statistical Center reflect costs starting at age 25 from 1,578,274 to upwards to exceed $4,000,000 depending on injury severity.

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1) On 10/28/2015 The UMBC Ice Hockey Coach, Jeff Pelus, recommended, if plaintiff could not move into university dorms by the first practice on 1/13/2016, he would arrange for move into the off campus hockey house on 1/12/2016. The "hockey house" was located at 200 Harlem Lane, Baltimore, Maryland 21228 This was to be a temporary situation until plaintiff could move in to dorms. Dorm move in was later found out to be 1/25/2016.
2) Alexander(AJ) Wood was a house mate and an employee of the university. AJ hid the partying from Coach Pelus.
3) The University had a Code of Conduct policy for club sports athletes, but did not enforce it. Continued-

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1) Plaintiff is permanently paralyzed due to a complete severed spinal cord from his fall
2) Plaintiff will have costs the rest of his life based on this injury
3) Costs over lifetime of a Spinal Cord injury can vary anywhere from 1 million to 5 million US dollars depending on severity. The actual cost for plaintiff can be determined by a 3rd party adjuster
4) The reason for the claim is clear negligence because the Defendant had a "duty to care" for the plaintiff and the the clearly breached and failed in that duty

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/25/2019

Signature of Plaintiff

Printed Name of Plaintiff: Otto D. Miller

### B. ~~For Attorneys~~

Date of signing: 1-25-19

~~Signature of Attorney~~
~~Printed Name of Attorney~~
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Statement of Claim continued: Otto D. Miller vs UMBC

4)On multiple occasions plaintiff called the housing department and begged to make accomodations for him so he could get out of hockey house. Twice on 1/22/2016. Plaintiff's father, Edward Miller, also called on this date. Plaintiff tried again on 1/25/2016.

Background of claim and basic timeline of events

1)In April of 2015 Jeff Pelus an employee of UMBC as the Head Coach of the UMBC hockey team started recruiting plaintiff to apply to UMBC and playfor the hockey team as their Goaltender.

2)Plaintiff applied to UMBC for Fall Semester and went to the hockey training camp in August of 2015

3)Plaintiff did not get accepted for Fall Semester, but reapplied to start in January, and was subsequently accepted.

4)On 10/28/2015 The UMBC Ice Hockey Coach recommended, if plaintiff could not move into university dorms by the first practice on 1/13/2016, he would arrange for move into the off campus hockey house on 1/12/2016. The hockey house was located at 200 Harlem Lane, Baltimore, Maryland 21228 This was to be a temporary situation until plaintiff could move in to dorms.

5)The hockey house was an unsafe place to put a freshman recruit. Plaintiff did not drink alcohol or smoke marijuna, but this was a regular occurance in the hockey house.

6)On 1/14/2016 was the first drinking party. Later that evening plaintiff was asked to drive members of the house as a designated driver to Inner Harbor in Baltimore to bar hop.

7)If there wasn't practice or a game the next day, the house members had drinking parties. Dates of these were 1/18/2016. 1/23/2016, 1/24/2016, 1/25/2016 into morning of 1/26/2016.

8)Every day there was a party one of the Senior house mates, Zach Tracy, threatened the plaintiff that he was going to make plaintiff drink alcohol and smoke marijuana. When partying days came plaintiff woud make sure to be far away from the partying on the 2nd or 3rd floor playing XBOX. If he could hear the Senior house mate looking for him he would hide.

8)On 1/22/2016 the coach notified the team that the games were canceled for the weekend due to the incoming storm. Defendent knew this meant there would be partying all weekend in the Hockey house and made attempts to request to move into dorm early to get out of situation.

1

9) Plaintiff avoided Zach Tracy and the parties as much as possible of that weekend.

10) Scheduled move in to dorms on 1/25/2016 was canceled due to storm. Plaintiff called houseing department to request move in anywat to get out of hockey house. His request was denied again.

11) Later in day on 1/25/2016 Plaintiff gave in to the peer pressure and smoked marijuana with Zach Tracy and another house mate.

12) Later that night on 1/25/2016 Plaintiff succumbed to the pressure again to smoke marijuana with Zach Tracy and another house mate. This was clearly not marijuana because after this the plaintiff started having halucinations. House mate, Sean gregory, reported on police report that plaintiff was running around yelling about Jesus. Plaintiff went to Zach Tracy's room to ask for help and Tack Tracy told him to go away and slammed the door.

13) Sean Gregory finally was able to get Plaintiff to relax and and helped him to bed. Plaintiff fell asleep and the his next memory is being in Intensive Care Unit at University of maryland Medical center. Plaintiff had gone out the third story window.

14) Plaintiff sustained punctured lung, broken vertabae at the T4 & T5, severed spinal cord in that location, broken neck, and fractured ribs. Plaintiff is a paralyzed below the chest.

15) On the date of plaintiff's neck surgery 1/28/2016 the UMBC Sr. Associate Athletic Director, Physical Education & Recreation, Gary Wohlstetter, told plaintiff's mother, Sarah Miller that he knew the house was a party house. Later Mr Wohlstetter admitted to Plaintiff's father that there wouldn't be a Hockey program in the future. The hockey team subsequesntly only had one more season.

16) Plaintiff makes claim that there was a serious breach of duty to care by UMBC.

*[signature]*

1-25-19

2

# Eddie Miller

| | |
|---|---|
| **From:** | Otto Miller <cscorch@gmail.com> |
| **Sent:** | Friday, August 14, 2015 1:58 PM |
| **To:** | Dad |
| **Subject:** | Fwd: UMBC Ice Hockey Training Camp |
| **Attachments:** | Training Camp 2015.docx |

---------- Forwarded message ----------
From: **Jeff Pelus** <jmpelus@gmail.com>
Date: Fri, Aug 14, 2015 at 1:55 PM
Subject: Fwd: UMBC Ice Hockey Training Camp
To: cscorch@gmail.com


Otto -

See the information I sent out to the team regarding training camp and the itinerary. Even though you are not a student yet, camp is still $150 for you to participate because that covers, ice, food and t-shirt/shorts. Your dues for second semester will be adjusted to account for only playing second semester and we will then deduct your training camp costs form that amount. I will call you shortly.

Coach Pelus


---------- Forwarded message ----------
From: **Jeff Pelus** <jmpelus@gmail.com>
Date: Fri, Aug 14, 2015 at 1:49 PM
Subject: UMBC Ice Hockey Training Camp
To: Jeff Pelus <jmpelus@gmail.com>


Gentlemen -

As everyone is returning to campus and incoming recruits are moving in, I wanted to send out an email to remind you that training camp begins in 3 weeks! Our training camp also always serves as tryouts for walkons which we have a few this year. Training camp is over Labor Day weekend and begins Friday 9/4 at 2:00pm (check-in) and will conclude Sunday 9/6 at 5:15pm. I attached the itinerary for everyone (you will receive a printed copy when you check in on 9/4).

The captains will contact everyone to organize off ice workouts leading up to training camp. Incoming players, feel free to reach out to the captains once you arrive on campus so you can introduce yourselves and meet up with the returners. You may have already received an email from them. Their numbers are below:

Ryan Atkinson: 707-430-3768
JL Durantaye: 443-535-3902

Returners, the following will serve as reminders. Incoming players, this will serve as your "need-to-knows" for training camp:

1

This is a weekend long camp with 10+ hours of on ice training, 5-6 hours of off ice training and 2-3 hours of classroom sessions over approximately 48 hours. This means you should be starting to hydrate your bodies now! That means drink lots of water everyday...at minimum 64 ounces (that's 8 glasses)!

· Everyone will need to bring THEIR OWN WATER JUG to camp! Go to a convenience store and buy a one gallon jug of water and bring it with you to camp. You only need one jug as you can fill it up at the rink. You must ALWAYS have this with you (except when on ice) or else you owe us push-ups. I cannot stress enough how important it is for you to drink lots of water now and throughout training camp.

Everyone needs to bring full equipment! You must also bring a copy of your health insurance card, your UMBC ID and a copy of your schedule. Returners must also print out their transcript with their cumulative GPA.

Everyone will receive a printed itinerary when they check-in at camp. Camp check-in is at 2pm on 9/4 at our home rink Reisterstown Sportsplex (401 Mitchell Dr, Reisterstown, MD). You will need to keep this itinerary with you all weekend or else you will owe us push-ups. If you do not have a car, the captains will organize rides for you, just let them know at the captains work outs if you need one.

Training camp will cost $150 for each player and that includes ice time, food and under armour t-shirt & shorts. You will get dinner Friday night, lunch and dinner Saturday and lunch on Sunday. Upon making the team, your season dues will be reduced by the $150. Make checks payable to UMBC Ice Hockey or bring cash.

The cost to play this season will be $2,050. Upon making the team, your payment at training camp will reduce your dues by that amount so you will then owe $1,900 (2,050 - 150 = 1,900). We request that all players pay in full by the end of September. If you need to work out a payment plan, you will need to meet with the Assistant Athletic Director, Gary Wohlstetter and the Club Sports Coordinator Kristen Alexander to do so. They will work with you on this if you need a payment plan. We continue to get a tremendous amount of support from the school which helps to prevent dues from increasing. Please get your payments in on time. Gary & Kristen are located in the RAC Room 321. The RAC is located at the far end of Academic Row when coming from the Commons and/or Library. If you don't know what it looks like it is the building attached to the giant swimming pool. Their office is located upstairs, go past the desk up the stairs and turn left to get to 321.

If anyone has any questions, please call me at 215-205-6040 or email me.

We look forward to seeing everyone at camp starting September 4.

Coach Pelus


--
<SWG>

2

# Eddie Miller

| | |
|---|---|
| **From:** | Otto Miller <cscorch@gmail.com> |
| **Sent:** | Wednesday, October 28, 2015 5:07 PM |
| **To:** | Dad |
| **Subject:** | Fwd: Some Questions |
| **Attachments:** | UMBC Schedule Calendar 15-16.pdf |

---------- Forwarded message ----------
From: **Jeff Pelus** <jmpelus@gmail.com>
Date: Wed, Oct 28, 2015 at 5:02 PM
Subject: Re: Some Questions
To: Otto Miller <cscorch@gmail.com>

Hey Otto -

Thanks for reaching out! Your t-shirt and shorts went in the mail yesterday so you should get them in a couple of days! What are your grades looking like in your classes? I was going to reach out to you next week to speak about putting in an application to UMBC so we can get a jump start on the process. You will need a new application, we cannot use the one from this summer.

If you do not have a car on campus, that is not a problem as the guys carpool to the rink. With having our own locker room and your gear staying at the rink, it makes it easy for carpooling. I attached our schedule to this email so you can see when we start in January. You would need to be down for our first practice on January 13 (so you would need to be down on the 12th since practice is early morning). I believe you should be able to move into the dorms by then but if something happens and you can't for a few days, we would get you set up in one of the houses that our players live in. Even though the semester does not start until the 25th, you are still eligible to play as long as you are enrolled in classes (which you will be). One thing to note on the schedule is that we will have games on February 12&13, they were recently added and I did not update this schedule yet.

We are very excited to have you join us in January! Please feel free to reach out with any other questions.

Jeff Pelus
Head Coach
UMBC Ice Hockey

On Wed, Oct 28, 2015 at 4:48 PM, Otto Miller <cscorch@gmail.com> wrote:
> Hey coach, just checking in. A couple have questions have popped up recently. I was just wondering how the t transportation from the school to rink works? Do we all just car pool or is there a bus, or an alternative way to get there that other teammates use? Also, I know that the first day of classes is the 25th, so we're trying to plan when I need to be down there and moved in by etc. Is there a specific earlier date you want me down there by? Thanks.

--
<SWG>

1

# Edward Miller

| | |
|---|---|
| **From:** | Otto Miller <cscorch@gmail.com> |
| **Sent:** | Friday, January 22, 2016 12:50 PM |
| **To:** | Dad |
| **Subject:** | Fwd: This Weekend |

---------- Forwarded message ----------
From: "Jeff Pelus" <jmpelus@gmail.com>
Date: Jan 21, 2016 10:48 AM
Subject: This Weekend
To: "Alec Hanock" <ahanock1@umbc.edu>, "Alex Bidas" <alexbidas@gmail.com>, "Alexander Wood" <Awood3@umbc.edu>, "Cody Selbert" <selbert.cody@yahoo.com>, "Colin Pastrana" <colinp1@umbc.edu>, "DJ Fadler" <reldafjd@hotmail.com>, "Dylan Knox" <dknoxx5@aol.com>, "Greg Zieglar" <gregory.zieglar@verizon.net>, "Hunter Penrod" <hjpenrod19@gmail.com>, "Jason Michaud" <jamichaud13@gmail.com>, "Jean-Luc Durantaye" <jdurant1@umbc.edu>, "Joe Parsons" <joseph38@umbc.edu>, "Johnny Lyons" <johnny.lyons@live.com>, "Joseph Laiosa" <jmlaiosa@yahoo.com>, "Justin Lindsay" <justin27@umbc.edu>, "Kody Powers" <kodyp35@gmail.com>, "Matt Berry" <berry3@umbc.edu>, "Matthew Kelly" <kelly24@umbc.edu>, "Otto Miller" <cscorch@gmail.com>, "Patrick Laiosa" <plaiosa2@yahoo.com>, "Quentin Jones" <qujones1@umbc.edu>, "Richard Durkee" <rwdurkee@yahoo.com>, "Rob Durkee" <rdurkee88@gmail.com>, "Ryan Atkinson" <r.atkinson12@yahoo.com>, "Sean Freese" <sean.freese@howardcc.edu>, "Sean Freese" <sfreese92@yahoo.com>, "Sean Gregory" <gsean71@gmail.com>, "Sean Hoppe" <hoppe48@gmail.com>, "Sean Lucian" <seanlucian@msn.com>, "Zac Tracy" <zctracy12@ymail.com>
Cc: "Justin Marksamer" <jmarksamer34@gmail.com>

With the impending doomsday snow storm on the horizon, the games this weekend are canceled. Liberty and VT are not allowed to travel due to the weather.

That means you guys can enjoy the snow storm but PLEASE do not do anything stupid.

As of right now, practice on Sunday is still a go. We will make a determination based on the road conditions Sunday. The same goes for Monday's captains practice. There is too much that is up in the air right now to make any firm decisions. However, if we cancel Sunday then Monday will be a regular practice for our normal 1.5 hours. If Sunday and Monday are canceled, we will try to get a 2nd practice during the week.

Please make sure to check your email for updates and I will also ask the captains to send updates through the group chat and group text.

As for makeup games, we will play Liberty on Friday 2/5 @ 10:30pm (we are canceling the Rider game). I am still waiting on the rink to confirm a full game slot on Sunday 2/14 to play VT @ 5:15pm instead of practice. This is the Sunday after the Crabpot.

Reach out to me or Durkee if you have any questions.

Coach



# Spinal Cord Injury (SCI) Facts and Figures at a Glance



2015 SCI Data Sheet

This data sheet is a quick reference on demographics and the use of services by people with spinal cord injury (SCI).

## Incidence

Given the current population size of 313 million people in the U.S., it is estimated that the annual incidence of spinal cord injury (SCI) is approximately 40 cases per million population in the U.S. or approximately 12,500 new SCI cases each year.

- New SCI cases do not include those who die at the scene of the accident.
- Estimates are obtained from several studies and not derived from the National SCI Database.

## Prevalence

The number of people in the U.S. who are alive in 2014 who have SCI has been estimated to be approximately 276,000 persons, with a range from 240,000 to 337,000 persons.

- Estimates are obtained from several studies and not derived from the National SCI Database.

The National SCI Database is a prospective longitudinal multicenter study that captures data from an estimated 13% of new SCI cases in the U.S. The database has demographic and condition status data through 2014 for 30,532 people with SCI.

## Age at Injury

The average age at injury has increased from 29 years during the 1970s to 42 years currently.

## Gender

Males account for approximately 80% of new SCI cases.

## Race/Ethnicity

About 23% of injuries have occurred among non-Hispanic blacks since 2010, which is higher than the proportion of non-Hispanic blacks in the general population (12%).



Since 2010: Non-Hispanic White 64%, Non-Hispanic Black 23%, Hispanic Origin 10%, Native American 2%, Asian 1%, Other 0.5%

## Etiology

Vehicle crashes are currently the leading cause of injury, followed by falls, acts of violence (primarily gunshot wounds), and sports/recreation activities.



Since 2010: Vehicular 38%, Falls 30%, Violence 14%, Sports 9%, Medical/surgical 5%, Other 4%

**National SCI Statistical Center**
515 Spain Rehabilitation Center
1717 6th Avenue South
Birmingham, AL 35233-7330

For Statistics: 205-934-3342
For Business: 205-934-3320
TDD: 205-934-4642
FAX: 205-934-2709
E-mail: NSCISC@uab.edu
Website: uab.edu/NSCISC



## Lengths of stay

Lengths of stay in the hospital acute care unit have declined from 24 days in the 1970s to 11 days currently. Rehabilitation lengths of stay have also declined from 98 days in the 1970s to 36 days currently.

## Neurological level and extent of lesion

Incomplete tetraplegia is currently the most frequent neurological category followed by incomplete paraplegia, complete paraplegia, and complete tetraplegia. Less than 1% of persons experienced complete neurological recovery by hospital discharge.

Since 2010: Incomplete Tetraplegia 45%, Incomplete Paraplegia 21%, Complete Paraplegia 20%, Complete Tetraplegia 14%



UAB MEDICINE
PHYSICAL MEDICINE & REHABILITATION
Knowledge that will change your world



MSKTC SCI·TBI·BURN | Model Systems Knowledge Translation Center

## Marital status

More than half of persons with SCI are single/never married at time of their injury. The percentage of persons who are married slowly increases over time, as does divorce.

| Status (%) | At injury | Year 1 | Year 10 | Year 20 | Year 30 | Year 40 |
|---|---|---|---|---|---|---|
| Single | 51.6 | 50.4 | 41.6 | 35.1 | 29.3 | 14.3 |
| Married | 32.7 | 32.0 | 33.6 | 36.0 | 39.4 | 42.9 |
| Divorced | 9.5 | 11.2 | 19.2 | 23.8 | 24.7 | 17.9 |

## Occupational status

At one year after injury, 12% of persons with SCI are employed, and by 20 years post-injury, about one third is employed.

| Status (%) | At injury | Year 1 | Year 10 | Year 20 | Year 30 | Year 40 |
|---|---|---|---|---|---|---|
| Employed | 58.1 | 12.2 | 27.9 | 34.4 | 32.9 | 18.5 |
| Student | 15.3 | 16.1 | 7.2 | 2.7 | 0.7 | 0.0 |

## Education

Over half of persons with SCI are high school graduates at time of their injury. Level of education slowly increases over time.

| Education (%) | At injury | Year 1 | Year 10 | Year 20 | Year 30 | Year 40 |
|---|---|---|---|---|---|---|
| High school only | 51.5 | 54.1 | 51.0 | 46.4 | 44.4 | 33.3 |
| College or higher | 10.6 | 11.8 | 21.7 | 29.3 | 35.9 | 40.7 |

## Re-hospitalization

About 30% of persons with SCI are re-hospitalized one or more times during any given year following injury. Among those re-hospitalized, the length of hospital stay averages about 22 days. Diseases of the genitourinary system are the leading cause of re-hospitalization, followed by disease of the skin. Respiratory, digestive, circulatory, and musculoskeletal diseases are also common causes.

## Lifetime costs

The average yearly expenses (health care costs and living expenses) and the estimated lifetime costs that are directly attributable to SCI vary greatly based on education, neurological impairment, and pre-injury employment history. These estimates do not include any indirect costs such as losses in wages, fringe benefits, and productivity (indirect costs averaged $71,961 per year in 2014 dollars).

| Severity of Injury | Average Yearly Expenses (in 2014 dollars) | | Estimated Lifetime Costs by Age At Injury (discounted at 2%) | |
|---|---|---|---|---|
| | First Year | Each Subsequent Year | 25 years old | 50 years old |
| High Tetraplegia (C1–C4) AIS ABC | $1,064,716 | $184,891 | $4,724,181 | $2,596,329 |
| Low Tetraplegia (C5–C8) AIS ABC | $769,351 | $113,423 | $3,451,781 | $2,123,154 |
| Paraplegia AIS ABC | $518,904 | $68,739 | $2,310,104 | $1,516,052 |
| Motor Functional at Any Level AIS D | $347,484 | $42,206 | $1,578,274 | $1,113,990 |

Data Source: Economic Impact of SCI published in the journal *Topics in Spinal Cord Injury Rehabilitation*, Volume 16, Number 4, in 2011.
ASIA Impairment Scale (AIS) is used to grade the severity of a person's neurological impairment following spinal cord injury.

## Life expectancy

The average remaining years of life for persons with SCI have not improved since the 1980s and remain significantly below life expectancies of persons without SCI. Mortality rates are significantly higher during the first year after injury than during subsequent years, particularly for persons with the most severe neurological impairments.

| | Life expectancy (years) for post-injury by severity of injury and age at injury | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | For persons who survive the first 24 hours | | | | | | For persons surviving at least 1 year post-injury | | | | |
| Age at Injury | No SCI | AIS D—Motor Functional at Any Level | Para | Low Tetra (C5–C8) | High Tetra (C1–C4) | Ventilator Dependent Any Level | AIS D—Motor Functional at Any Level | Para | Low Tetra (C5–C8) | High Tetra (C1–C4) | Ventilator Dependent Any Level |
| 20 | 59.3 | 52.6 | 45.0 | 39.9 | 35.6 | 19.2 | 53.0 | 45.5 | 40.6 | 36.9 | 25.3 |
| 40 | 40.4 | 34.2 | 27.6 | 23.3 | 19.9 | 8.7 | 34.6 | 28.0 | 23.9 | 20.9 | 12.4 |
| 60 | 23.0 | 18.0 | 13.0 | 10.1 | 8.0 | 2.1 | 18.2 | 13.3 | 10.5 | 8.6 | 3.9 |

## Cause of death

Persons enrolled in the National SCI Database since its inception in 1973 have now been followed for 40 years after injury. During that time, the causes of death that appear to have the greatest impact on reduced life expectancy for this population are pneumonia and septicemia. Mortality rates are declining for cancer, heart disease, stroke, arterial diseases, pulmonary embolus, urinary diseases, digestive diseases, and suicide. However, these gains are being offset by increasing mortality rates for endocrine, metabolic and nutritional diseases, accidents, nervous system diseases, musculoskeletal disorders and mental disorders. There has been no change in the mortality rate for septicemia in the past 40 years, and only slight decrease in mortality due to respiratory diseases.

© 2015, Board of Trustees, University of Alabama. This is a publication of the National Spinal Cord Injury Statistical Center in collaboration with the Model Systems Knowledge Translation Center. The contents of this publication were developed under a grant from the National Institute on Disability, Independent Living, and Rehabilitation Research (NIDILRR grant number 90DP0011). NIDILRR is a Center within the Administration for Community Living (ACL), Department of Health and Human Services (HHS). The contents of this publication do not necessarily represent the policy of NIDILRR, ACL, HHS, and you should not assume endorsement by the Federal Government.

Data from the National SCI Database is from 28 federally funded SCI Model Systems since 1973. Presently, there are 14 systems and 5 Form II (follow up) centers sponsored by NIDILRR. For a complete list of current SCI Model Systems, go to www.msktc.org/sci/model-system-centers.

Citation: National Spinal Cord Injury Statistical Center, Facts and Figures at a Glance. Birmingham, AL: University of Alabama at Birmingham, 2015.

# Edward Miller

**From:** Otto Miller <cscorch@gmail.com>
**Sent:** Thursday, January 24, 2019 5:38 PM
**To:** emiller@boatsbygeorge.com
**Subject:** Fwd: Housing at UMBC


---------- Forwarded message ---------
From: **Otto Miller** <motto1@umbc.edu>
Date: Thu, Feb 1, 2018, 5:19 PM
Subject: Fwd: Housing at UMBC
To: <cscorch@gmail.com>


---------- Forwarded message ----------
From: **Wendy Crowe** <crowe@umbc.edu>
Date: Tue, Feb 2, 2016 at 10:45 AM
Subject: Housing at UMBC
To: motto1@umbc.edu


Dear Otto:


Your RA in Chesapeake Hall reports that you have not arrived to move into your housing in the residence hall. However, I do see that you are registered for classes. Could you let me know your status with regards to housing here at UMBC? Sometimes the RA's just miss someone. Thank you!


Best wishes,


Wendy Crowe

Program Management Specialist

UMBC Residential Life

410-455-8832

crowe@umbc.edu

1

# Edward Miller

| | |
|---|---|
| **From:** | Otto Miller <cscorch@gmail.com> |
| **Sent:** | Thursday, January 24, 2019 5:45 PM |
| **To:** | emiller@boatsbygeorge.com |
| **Subject:** | Fwd: UMBC Undergraduate Application Acknowledgement |

---------- Forwarded message ---------
From: <admissions@umbc.edu>
Date: Tue, Dec 1, 2015, 7:16 PM
Subject: UMBC Undergraduate Application Acknowledgement
To: <cscorch@gmail.com>

Dear Otto,

We have received your application for admission and appreciate your interest in UMBC. To view the status of your application, please activate your account at https://webadmin.umbc.edu/admin/MyUMBCAccount. Activating your account requires your date of birth and UMBC Campus ID, which is XR32418.

Once your account has been activated, you will be able to view the status of your application by selecting the "Check Your Admission Application Status" link. Please allow two weeks processing time for documents to be updated on your Admissions To Do List.

If you have any questions regarding your application, please contact us at 410-455-2292 or at http://undergraduate.umbc.edu/connect/contact-form.php. If you have difficulty activating your account, please contact the UMBC Technology Support Center at 410-455-3838 or visit http://doit.umbc.edu/tsc/.

To learn more about UMBC, visit http://undergraduate.umbc.edu/. We wish you every success in your academic studies.

Sincerely,

Dale Bittinger

Assistant Vice Provost for Undergraduate Admissions

1

# Edward Miller

**From:** Otto Miller <cscorch@gmail.com>
**Sent:** Thursday, January 24, 2019 5:40 PM
**To:** emiller@boatsbygeorge.com
**Subject:** Fwd: UMBC Ice Hockey Training Camp


---------- Forwarded message ---------
From: **Jeff Pelus** <jmpelus@gmail.com>
Date: Wed, Sep 2, 2015, 10:16 AM
Subject: UMBC Ice Hockey Training Camp
To: Cody Selbert <selbert.cody@yahoo.com>, Matthew Berry <berry3@umbc.edu>, Patrick Laiosa <plaiosa2@yahoo.com>, Ryan Atkinson <r.atkinson12@yahoo.com>, Sean Gregory <gsean71@gmail.com>, DJ Fadler <reldafjd@hotmail.com>, Joseph Parsons <joseph38@umbc.edu>, Matthew Kelly <kelly24@umbc.edu>, Johnny - EatMyApplez <johnny.lyons@live.com>, Hunter Penrod <hjpenrod19@gmail.com>, Alexander Wood <Awood3@umbc.edu>, Colin Pastrana <colinp1@umbc.edu>, Jean-Luc De La Durantaye <jdurant1@umbc.edu>, Alec Hanock <ahanock1@umbc.edu>, Zac Tracy <zctracy12@ymail.com>, Cody Selbert <codysel1@umbc.edu>, <justin27@umbc.edu>, Dylan Knox <dknoxx5@aol.com>, <seanlucian@msn.com>, Greg Zieglar <gregory.zieglar@verizon.net>, Alex Bidas <alexbidas@gmail.com>, <qujones1@umbc.edu>, Matt Reilly <m124@umbc.edu>, Rudy Carson <rudycarson9@gmail.com>, Otto Miller <cscorch@gmail.com>, Sean <sfreese92@yahoo.com>, <alemon1@umbc.edu>, <jmlaiosa@yahoo.com>
Cc: Jeff Pelus <jmpelus@gmail.com>, Sean Hoppe <hoppe48@gmail.com>, Rob Durkee <rdurkee88@gmail.com>, Richard Durkee <rwdurkee@yahoo.com>, Justin Marksamer <jmarksamer34@gmail.com>


Training camp starts in a little over 48 hours! Camp check in is at **2:00 pm** - early is on time and on time is late...remember that!

This email will serve as your final reminder of what you need to bring with you to camp:

- Yourself!
- Full equipment including cage/full shield
- Athletic gear (t-shirt/shorts/sneakers) - we should have our UA stuff in time but bring some just in case
- Anything you want for showering after ice sessions
- **A ONE GALLON WATER JUG** (you only need one)
- A copy of your insurance card
- A copy of your class schedule
- Returners must bring a copy of their transcript with cumulative GPA
- Check or cash in the amount of $150 (make checks payable to: UMBC Ice Hockey) - if you do not bring this, you will be asked to withdraw money from the ATM at the rink

You will receive the itinerary when you get to the rink.

If you have not already organized rides, call/text the captains and they will help find you a ride.

If anyone has any questions, feel free to call/text (215-205-6040) or email me.

Coach

1



## Update: Campus closure due to winter storm Jonas

Due to winter storm Jonas, UMBC will be closed Monday, January 25. Residential student move-in is postponed until Tuesday, January 26 at 12 p.m., and all classes on Tuesday are cancelled.

The new schedule reflecting these changes is as follows:

- **Monday, Jan. 25**: University is closed
- **Tuesday, Jan. 26**: University is open. Residential student move-in day, starting at 12 p.m. Classes are cancelled.
- **Wednesday, Jan. 27**: First day of classes

In the event we must revise the schedule for any reason, we will inform you via E2Campus text alerts, campus email, and the UMBC homepage. You can sign up for our E2Campus emergency alert text-messaging system here.

Some areas of campus may be more accessible than others. Please be patient and take your time when traversing campus. Follow the links below for additional details on how these schedule changes may impact the access and availability of campus services and activities.

- Residential Move-in
- Transportation and Shuttle Service
- Parking
- Dining and Commons
- Campus Events and Athletics
- Academics

*Lynne Schaefer, Vice President, Finance and Administration*

© University of Maryland, Baltimore County • 1000 Hilltop Circle, Baltimore, MD 21250 • 410-455-1000
UMBC is an Equal Opportunity and Affirmative Action Institution

If you wish to be removed from this group's mailing list, click here