**BRIAN E. FROSH**
*Attorney General*

**ELIZABETH F. HARRIS**
*Chief Deputy Attorney General*

**CAROLYN QUATTROCKI**
*Deputy Attorney General*

410-576-6437



**STATE OF MARYLAND**
**OFFICE OF THE ATTORNEY GENERAL**
**EDUCATIONAL AFFAIRS DIVISION**

**KATHERINE D. BAINBRIDGE**
*Division Chief*

**CHRISTOPHER B. LORD**
*Division Deputy Chief*

WRITER'S DIRECT DIAL NO.

410-576-6481
E-Mail: lreynolds@oag.state.md.us

June 3, 2019

<u>Via Electronic Filing</u>

The Hon. David N. Hurd
United States District Judge
Alexander Pirnie Federal Bldg. & U.S. Courthouse
10 Broad Street
Utica, NY 13501

  **Re:** *Miller v. University of Maryland, Baltimore County*
     *(No. 1:19-cv-105-DNH-CFH)*

Dear Judge Hurd:

  I represent Defendant University of Maryland, Baltimore County (the "University") in the above-captioned matter. Pursuant to Fed. R. Civ. P. 6(b), and with the consent of Plaintiff Otto D. Miller, we write respectfully to request an extension of time for the University to file an answer or otherwise respond to Plaintiff's Complaint, until such time that Plaintiff has properly effected service upon the University.

  By way of background, Plaintiff commenced this action by filing a Complaint in this Court on January 25, 2019 (ECF No. 1). Plaintiff attempted to serve a copy of his Complaint on the University by sending it to the University via regular mail. The University received Plaintiff's Complaint on May 10, 2019. On May 22, 2019, the undersigned contacted Plaintiff to advise him that the University believes that his service upon it was ineffective under Maryland law and further informed Plaintiff of some of the legally effective means by which he could serve the University. <u>See</u> Attachment A hereto.

  As a result, the University respectfully requests an extension of time to file an answer or otherwise respond to Plaintiff's Complaint until such time that Plaintiff properly effects service of

The Hon. David N. Hurd
Page 2
June 3, 2019

the summons and Complaint upon the University, in accordance with the provisions of Fed. R. Civ. P. 12. Plaintiff has consented to the University's request. <u>See</u> Attachment A.

Respectfully submitted,

Lillian L. Reynolds
Assistant Attorney General

Enclosure

The Hon. David N. Hurd
Page 3
June 3, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2019, a true and correct copy of this Letter Motion Requesting an Extension of Time was sent via email and first class mail, postage prepaid, to:

    Otto D. Miller
    9 Sherwood Drive
    Queensbury, NY 12804

    *Plaintiff Pro Se*

                                         */s/ Lillian L. Reynolds*
                                         Lillian L. Reynolds