

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

OTTO D. MILLER,

    Plaintiff,

v. Civil Action No. 1:19-cv-105-DNH-CFH

UNIVERSITY OF MARYLAND,

BALTIMORE COUNTY

    Defendant.

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE ITS REPLY IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, Otto Miller, asks for an additional 30 days to file a direct response to Defendant's motion for dismissal.

1. The original deadline was set for August 27th, 2019.
2. I, Otto Miller, submit this motion to the court in accordance with Fed. R. Civ. P. 6(b)(1)(B).
3. Plaintiff misread the rules for the deadline and was to their understanding that the deadline was set for September, 13th 2019 and did not realize the actual deadline was 17 days prior.
4. This was made aware to the Plaintiff on September 9th, 2019 via email received from the Defendant's Counsel, Lilliean Reynolds on September 10th, 2019.

5. Plaintiff was also seeking legal counsel during this time, however, counsel was not obtained and Plaintiff inadvertently missed the deadline of August 27th, 2019.
6. Defendant received an extension of time in accordance with Fed. R. Civ. P. 6(b) and with the consent of Plaintiff Otto Miller as stated in document 10 filed on June 3rd, 2019.
7. Defendant does not currently consent to an extension of time for Plaintiff to file a response to their motion to dismiss and does not take a position in regards to my request as stated in an email from Defendant's counsel, Lillian Reynolds on September 10th, 2019.

Because of the above stated reason for missing the deadline, Plaintiff asks the court for an extension of time of 30 days to file a response to Defendant's motion for dismissal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

September 11, 2019.

By: _____

Otto Miller (*pro se*)

**CERTIFICATE OF SERVICE**

I, OTTO MILLER, hereby certify that on this 11th day of September, 2019, I served the Motion for Extension of Time to the following individual first class mail, postage prepaid, as follows: **LILLIAN L. REYNOLDS**
LILLIAN L. REYNOLDS Assistant Attorney General Educational Affairs Division 200 St. Paul Place, 17th Floor Baltimore, Maryland